JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GONZALEZ, | CV 19-4768 PA (GJSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| LANGHAM HOTELS PACIFIC CORPORATION, | |
| Defendants. | |

    Pursuant to the Court's September 13, 2019 Minute Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

    IT IS SO ORDERED.

DATED: September 15, 2019

                                          Percy Anderson
                                   UNITED STATES DISTRICT JUDGE